IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CASE NO.: M99-G10 |
| v. | ) | |
| | ) | |
| ANDREW L. PHILLIPS | ) | |

## ORDER

Defendant has filed a Motion for the return of his personal property which he alleges was unrightfully seized by Government agents. Defendant's motion is **DENIED**.

**SO ORDERED**, this 17th day of February, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)